USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 20, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

JORGE LUIS VALEZ-CHAVEZ.          :
                                  :
                                  :          **21-cv-296 (ALC)**
          **Plaintiff,**          :
          -against-               :          **ORDER**
                                  :
DIRECTOR JAMES MCHENRY,           :
                                  :
          **Defendants.**         :
                                  :
-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties shall meet and confer regarding the best path forward and potential ways to

obviate the need for motion practice in this matter. The Parties shall file a joint status letter by

January 22, 2021.

**SO ORDERED.**

**Dated:** January 20, 2021

          New York, New York                    **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**