```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 25, 2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
   **JORGE LUIS VALEZ-CHAVEZ.**

                               **Plaintiff,**
                       **-against-**

   **DIRECTOR JAMES MCHENRY,**

                             **Defendants.**

------------------------------------------------------------x

**21-cv-296 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties joint status letter. The Court shall hold a telephone conference in this matter on January 27, 2021 at 12:00 p.m. Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:** January 25, 2021
       New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**