USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 27, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
    JORGE LUIS VALEZ-CHAVEZ,        :
                                         :
                        **Plaintiff,**       :          **21-cv-296 (ALC)**
                                         :
          **-against-**              :          **ORDER**
                                         :
    **DIRECTOR JAMES MCHENRY ET AL,**   :
                                         :
                        **Defendant.**    :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

       The Court held a telephone conference on January 27, 2021. As discussed on the record,

the Court stays briefing on the motion for a preliminary injunction. The Government shall submit

a reply in support of their motion to dismiss by January 29, 2021.

**SO ORDERED.**

  **Dated**:   January 27, 2021
            New York, New York

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**